UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

MELVIN LLOYD FAILS, )
)
    Plaintiff, )
)
v. ) Case No. 5:17-cv-01754-LCB-SGC
)
MORGAN COUNTY DETENTION )
CENTER MEDICAL STAFF, et al., )
)
    Defendants.

## MEMORANDUM OPINION

The magistrate judge filed a report on October 24, 2018, recommending this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted. (Doc. 10). The magistrate judge also advised the plaintiff of his right to file specific written objections within fourteen days. (*Id.*). On November 14, 2018, the magistrate judge granted the plaintiff a 45-day extension of time to file objections. (Doc. 12). However, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

**DONE** and **ORDERED** January 11, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE